# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| CLAUDIA OCORO, ISRAEL ROSALES, DIANA ALVARADO HARRIS, CYNTHIA WOODS JONES, GALE JONES, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ARMANDO MONTELONGO, JR., REAL ESTATE TRAINING INTERNATIONAL, LLC, PERFORMANCE ADVANTAGE GROUP, INC., and LICENSE BRANDING, LLC,<br><br>Defendants. | Case No. 5:16-cv-01278-RCL |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO FILE A SUR-REPLY IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

## I. DEFENDANTS MADE NO GOOD FAITH ATTEMPT TO CONFER REGARDING THEIR MOTION

The court should refuse to hear Defendants' motion for leave to file a sur-reply because their alleged efforts to confer with Plaintiffs' counsel as required under Local Rule CV-7(i) did not constitute a good-faith attempt to resolve the matter by agreement. Defendants' counsel telephoned and then sent an email to Plaintiffs' counsel late in the afternoon on October 24, 2017 to request a conference, but waited less than an hour for a response before filing their motion. Declaration of Christopher Wimmer, ¶¶ 2-3 & Exh. A (Defendants contacted opposing counsel at 7:26 p.m. Central time); ECF 29 (Defendants filed their motion at 8:22 p.m. Central time).

## II. PLAINTIFFS DID NOT RAISE ANY NEW ISSUES IN THEIR REPLY

Defendants' alleged justification for their motion is that Plaintiffs contended in their reply that Defendants had waived their right to arbitration. However, Plaintiffs specifically raised Defendants' waiver of arbitration in their initial motion papers. ECF 24 at p. 10. Defendants had ample opportunity to respond to Plaintiffs' argument and, in fact, used three and a half pages of their response brief to explain why certain Plaintiffs were still bound by the arbitration agreement and to state the position that Defendants still intend to arbitrate their students' claims. ECF 25 at p. 7-11.

To the extent that Defendants seek leave for a sur-reply to show that Plaintiffs have legally and factually failed to satisfy their burden to show waiver, leave should be denied. Defendants already made those arguments in their response. ECF 25 at 14.

All the arguments made by Plaintiffs in their reply brief address points raised by Defendants in their response, and Plaintiffs made no new arguments and raised no new issues. Furthermore, the authority that Defendants seek to distinguish, *Yesh Music v. Lakewood Church*, 727 F.3d 356 (5th Cir. 2013), was cited in support of Plaintiffs' reply to Defendants' argument that 27 of the proposed new plaintiffs are barred from re-

1

asserting their claims under Rule 41(a)(1)(B).  Again, this is not an issue raised for the first time in a reply brief.

Defendants' sur-reply constitutes an improper attempt by their new counsel to make additional arguments that their original counsel failed to make in their response brief.  This is not an adequate justification for granting leave to file a sur-reply, and Defendants' motion should be denied.

Dated: October 31, 2017			Respectfully submitted,


					By:	_____s/ Christopher Wimmer_____
						Christopher Wimmer

						SERNA & ASSOCIATES PLLC
						Enrique G. Serna (State Bar No. 00178617)
						20985 IH 10 West
						San Antonio, Texas 78257
						Phone: (210) 228-0095
						Fax: (210) 228-0839
						enrique@serna-associates.com

						EMERGENT LLP
						Christopher Wimmer (*pro hac vice*)
						Peter Roldan (*pro hac vice*)
						Jason Fisher (*pro hac vice*)
						535 Mission St., 14th Floor
						Phone: (415) 894-9284
						Fax: (415) 276-8929
						chris@emergent.law
						peter@emergent.law
						jason@emergent.law

						Attorneys for Plaintiffs CLAUDIA OCORO, ISRAEL ROSALES, DIANA ALVARADO HARRIS, CYNTHIA WOODS JONES, GALE JONES, et al.

## CERTIFICATE OF SERVICE

   I hereby certify that counsel of record listed below, who are deemed to have consented to electronic service, are being served this 31st day of October, 2017 with a copy of this document via the court's CM/ECF system per Local Rule CV-5.

Jason Davis
Santos Vargas
Davis & Santos, P.C.
719 S. Flores St.
San Antonio, Texas 78204
(210) 853-5882 (Telephone)
(210) 200-8395 (Facsimile)
jdavis@dslawpc.com
svargas@dslawpc.com

*Attorneys for Defendants Armando Montelongo, Jr., Real Estate Training International, LLC, Performance Advantage Group, Inc., and License Branding, LLC*

/x/ Christopher Wimmer

Christopher Wimmer