IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| CLAUDIA OCORO, ISRAEL ROSALES, DIANA ALVARADO HARRIS, CYNTHIA WOODS JONES, GALE JONES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARMANDO MONTELONGO JR., REAL ESTATE TRAINING INTERNATIONAL, LLC, PERFORMANCE ADVANTAGE GROUP, INC., LICENSE BRANDING, LLC.<br><br>Defendants. | § § § § § § § § § § § § § § § §    CIVIL ACTION NO. 5:16-cv-1278-RCL |

## ADVISORY REGARDING MARCH 23, 2018, ORDER (ECF NO. 34)

TO THE HONORABLE COURT:

ARMANDO MONTELONGO JR., REAL ESTATE TRAINING INTERNATIONAL, LLC, PERFORMANCE ADVANTAGE GROUP, INC., and LICENSE BRANDING, LLC ("Defendants") hereby files this Advisory in response to the Court's March 23, 2018 Order ("Order") (ECF No. 34) and respectfully show:

The Court has ordered Defendants to notify the Court of their decision to either (1) waive all objections to the AAA's rulings regarding how arbitration is to proceed; or (2) waive their right to arbitrate and instead litigate their dispute with the Arbitration Plaintiffs in this Court. Defendants hereby advise the Court of their election to waive their right to arbitrate this dispute with the Arbitration Plaintiffs, identified as the 78 plaintiffs referenced in the Court's Order and Memorandum Opinion dated March 23, 2018 (ECF Nos. 34 and 33, respectively). Defendants do not waive their right to arbitrate with any other persons.

DATED: March 30, 2018

                                        Respectfully submitted,

                                        */s/ Santos Vargas*
                                        Jason Davis
                                        State Bar No. 00793592
                                        Santos Vargas
                                        State Bar No. 24047026
                                        Davis & Santos, P.C.
                                        719 S. Flores St.
                                        San Antonio, Texas 78204
                                        (210) 853 5882 (Telephone)
                                        (210) 200 8395 (Facsimile)

                                        **ATTORNEYS FOR DEFENDANTS,**
                                        **Armando Montelongo Jr., Real Estate Training**
                                        **International, LLC, Performance Advantage**
                                        **Group, Inc., and License Branding, LLC**

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service, as listed below, are being served this 30th day of March 2018, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5.

    Enrique G. Serna
    SERNA & ASSOCIATES PLLC
    20985 IH 10 West
    San Antonio, Texas 78257

    Christopher Wimmer
    Peter Roldan
    Jason Fisher
    EMERGENT, LLP
    535 Mission Street, 14th Floor
    San Francisco, California 94105

                                          */s/ Santos Vargas*
                                          Santos Vargas